UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA,

        Plaintiff,

    - against -                                    Civil No. _____

$122,505.17 in U.S. Currency,

        Defendant.

-----------------------------X

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, by its attorneys, Rod Rosenstein, United States Attorney for the District of Maryland, and Stefan D. Cassella, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil forfeiture action against U.S. currency involved in violations of the Bank Secrecy Act, 31 U.S.C. § 5324(a), that is subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2) and 18 U.S.C. § 984.

### THE DEFENDANTS IN REM

2. The defendant is $122,505.17 in U.S. Currency (hereinafter, the "Defendant Currency").

3. The Defendant Currency was seized from an account in the name of Monica Travel & Tours Incorporated at United Bank on or about August 31, 2010.

### JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant

Currency. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 31 U.S.C. § 5317(c)(2).

5. This Court has *in rem* jurisdiction over the Defendant Currency under 28 U.S.C. 1355(b).

6. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395 because the property is located in this district.

## BASIS FOR FORFEITURE

7. The Defendant Currency is subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2) because it was property involved in the structuring of transactions with a financial institution with the intent to evade the currency reporting requirements of 31 U.S.C. § 5313, in violation of 31 U.S.C. §§ 5324(a)(1) and (3). If necessary to do so, the Government will also rely on the fungible property provisions of 18 U.S.C. § 984.

## FACTS

8. Nabil Rizkalla (hereinafer, "Rizkalla") owns and operates Monica Travel & Tours Incorporated, which has a listed business address of 1331 Rockville Pike, Suite K, Rockville, Maryland.

9. Rizkalla maintained one United Bank account, account number 70023726, on behalf of the business in the name of Monica Travel & Tours Incorporated (hereinafter, the "United Bank Account").

10. Between August 3, 2009 and February 25, 2010, $741,268.00 in cash was deposited into the United Bank Account, in amounts never exceeding the $10,000 threshold for the reporting

requirement. The deposits are listed on **Attachment A**, which is appended hereto and incorporated by reference herein.

11.     On fifteen occasions, two or three currency deposits of amounts under the $10,000 reporting requirement were made on the same day, but when aggregated totaled over the $10,000 threshold.

12.     The majority of the multiple cash deposits that occurred on the same day were conducted at the same United Bank branch.

13.     The transactions set forth on **Attachment A** reveal a clear pattern of structuring cash transactions with the intent to evade the reporting requirements of 31 U.S.C. § 5313, thus establishing a violation of 31 U.S.C. §§ 5324(a)(1) and (3), and rendering the property involved in the transactions and any property traceable thereto subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2).

WHEREFORE, the plaintiff prays that all persons who reasonably appear to be potential claimants with interests in the Defendant Currency be cited to appear herein and answer the complaint; that the Defendant Currency be forfeited and condemned to the United States of America; that upon Final Decree of Forfeiture, the Secretary of the Treasury dispose of the Defendant Currency according to law; and that the plaintiff have such other and further relief as this Court deems proper and just.

Dated:   December 30, 2010.

                          Respectfully submitted,

                          Rod J. Rosenstein
                          UNITED STATES ATTORNEY
                          District of Maryland

By:   _____
                          Stefan D. Cassella
                          Assistant U.S. Attorney
                          Lauri Waldman, Esq.
                          Law Clerk
                          36 South Charles Street
                          Fourth Floor
                          Baltimore, MD 21201
                          410 209-4986

## **VERIFICATION**

I, Thomas Roberts, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Complaint for Forfeiture *in rem* is based on my personal examination of bank records and interviews with witnesses and that everything contained therein is true and correct to the best of my knowledge and belief.

_____
Detective Thomas Roberts
Special Investigations Division
Montgomery County Police Department

## ATTACHMENT A

| DATE | TIME | BRANCH | DEPOSIT | DAILY TOTAL EXCESS $10000 |
|---|---|---|---|---|
| 8/3/2009 | 12:25 PM | Rockville | $2,450 | |
| 8/11/2009 | 10:30 AM | Rockville | $7,600 | |
| 8/21/2009 | 12:12 PM | Rockville | $6,000 | |
| 8/21/2009 | 12:48 PM | Rockville | $1,052 | |
| 8/27/2009 | 1:23 PM | Rockville | $9,011 | |
| 8/31/2009 | 10:30 AM | Rockville | $6,000 | |
| 9/8/2009 | 3:21 PM | Rockville | $8,150 | |
| 9/10/2009 | 11:25 AM | Rockville | $8,015 | |
| **9/16/2009** | **1:14 PM** | **Rockville** | **$6,015** | |
| **9/16/2009** | **3:46 PM** | **Rockville** | **$8,021** | **$14,036** |
| 9/18/2009 | 9:51 AM | Rockville | $8,460 | |
| 9/22/2009 | 9:01 AM | Rockville | $9,553 | |
| **9/23/2009** | **9:27 AM** | **Rockville** | **$9,070** | |
| **9/23/2009** | **3:16 PM** | **Rockville** | **$8,015** | **$17,085** |
| 9/24/2009 | 9:50 AM | Rockville | $9,311 | |
| 9/28/2009 | 9:56 AM | Rockville | $6,541 | |
| 9/29/2009 | 12:35 PM | Rockville | $4,380 | |
| **9/30/2009** | **12:12 PM** | **Rockville** | **$8,821** | |
| **9/30/2009** | **2:11 PM** | **Rockville** | **$8,120** | **$16,941** |
| **10/1/2009** | **12:27 PM** | **Rockville** | **$9,210** | |
| **10/1/2009** | **3:23 PM** | **Woodburn** | **$4,815** | **$14,025** |
| **10/2/2009** | **10:52 AM** | **Rockville** | **$7,041** | |
| **10/2/2009** | **3:42 PM** | **Woodburn** | **$6,075** | **$13,116** |
| 10/6/2009 | 9:40 AM | Rockville | $8,025 | |
| 10/7/2009 | 10:29 AM | Rockville | $8,322 | |
| 10/9/2009 | 4:03 PM | Rockville | $7,500 | |
| **10/13/2009** | **9:28 AM** | **Rockville** | **$9,040** | |
| **10/13/2009** | **11:28 AM** | **Rockville** | **$4,500** | **$13,540** |
| **10/14/2009** | **9:17 AM** | **Rockville** | **$9,060** | |
| **10/14/2009** | **2:54 PM** | **Rockville** | **$9,310** | **$18,370** |
| **10/15/2009** | **12:14 PM** | **Rockville** | **$5,030** | |
| **10/15/2009** | **3:16 PM** | **Rockville** | **$8,510** | **$13,540** |
| 10/19/2009 | 10:45 AM | Rockville | $7,220 | |

| | | | | |
|---|---|---|---|---|
| 10/20/2009 | 9:34 AM | Rockville | $9,041 | |
| 10/21/2009 | 9:17 AM | Rockville | $8,040 | |
| 10/22/2009 | 10:28 AM | Rockville | $7,045 | |
| 10/23/2009 | 9:25 AM | Rockville | $8,650 | |
| | | | | |
| **10/26/2009** | **9:40 AM** | **Rockville** | **$9,315** | |
| **10/26/2009** | **3:54 PM** | **Rockville** | **$8,560** | **$17,875** |
| | | | | |
| **10/27/2009** | **9:41 AM** | **Rockville** | **$9,611** | |
| **10/27/2009** | **2:56 PM** | **Rockville** | **$9,055** | **$18,666** |
| | | | | |
| 10/28/2009 | 9:12 AM | Rockville | $9,511 | |
| | | | | |
| **10/29/2009** | **9:32 AM** | **Rockville** | **$7,900** | |
| **10/29/2009** | **1:05 PM** | **Rockville** | **$9,070** | |
| **10/29/2009** | **2:49 PM** | **Rockville** | **$8,940** | **$25,910** |
| | | | | |
| 10/30/2009 | 11:46 AM | Rockville | $5,000 | |
| | | | | |
| **11/2/2009** | **9:26 AM** | **Rockville** | **$9,031** | |
| **11/2/2009** | **12:43 PM** | **Rockville** | **$8,500** | **$17,531** |
| | | | | |
| 11/4/2009 | 9:11 AM | Rockville | $9,500 | |
| 11/6/2009 | 10:39 AM | Rockville | $8,051 | |
| 11/10/2009 | 3:33 PM | Rockville | $5,062 | |
| 11/12/2009 | 9:31 AM | Rockville | $9,421 | |
| 11/13/2009 | 9:11 AM | Rockville | $8,920 | |
| 11/17/2009 | 11:16 AM | Rockville | $9,051 | |
| 11/20/2009 | 8:55 AM | Rockville | $8,650 | |
| 11/24/2009 | 10:39 AM | Rockville | $8,150 | |
| 11/25/2009 | 9:37 AM | Rockville | $8,681 | |
| | | | | |
| **11/30/2009** | **9:11 AM** | **Rockville** | **$8,860** | |
| **11/30/2009** | **11:09 AM** | **Rockville** | **$7,500** | **$16,360** |
| | | | | |
| 12/1/2009 | 9:12 AM | Rockville | $8,260 | |
| 12/2/2009 | 9:57 AM | Rockville | $9,321 | |
| 12/7/2009 | 10:30 AM | Rockville | $7,920 | |
| 12/9/2009 | 10:38 AM | Rockville | $3,040 | |
| 12/10/2009 | 11:26 AM | Rockville | $3,760 | |
| 12/15/2009 | 10:07 AM | Rockville | $5,710 | |
| 12/17/2009 | 9:55 AM | Rockville | $4,660 | |
| 12/21/2009 | 2:55 PM | Rockville | $6,380 | |
| 12/24/2009 | 4:13 PM | Rockville | $6,710 | |
| 1/4/2010 | 11:18 AM | Rockville | $9,521 | |
| 1/5/2010 | 11:45 AM | Rockville | $8,921 | |
| 1/6/2010 | 9:14 AM | Rockville | $8,056 | |
| 1/8/2010 | 11:45 AM | Rockville | $8,931 | |
| 1/12/2010 | 10:00 AM | Rockville | $8,911 | |
| 1/13/2010 | 1:30 PM | Rockville | $3,220 | |

| Date | Time | Location | Amount | Total |
|---|---|---|---|---|
| 1/14/2009 | 10:10 AM | Rockville | $8,071 | |
| 1/15/2010 | 9:32 AM | Rockville | $7,006 | |
| 1/19/2010 | 10:12 AM | Rockville | $8,612 | |
| 1/20/2010 | 9:11 AM | Rockville | $8,241 | |
| 1/21/2010 | 9:48 AM | Rockville | $8,383 | |
| 1/22/2010 | 10:05 AM | Rockville | $8,851 | |
| 1/26/2010 | 9:35 AM | Rockville | $7,930 | |
| 1/27/2010 | 12:48 PM | Rockville | $8,960 | |
| 1/28/2010 | 1:11 PM | Rockville | $4,130 | |
| 1/29/2010 | 12:18 PM | Rockville | $6,182 | |
| 2/1/2010 | 9:17 AM | Rockville | $6,000 | |
| 2/3/2010 | 1:02 PM | Rockville | $9,055 | |
| 2/4/2010 | 12:01 PM | Rockville | $9,876 | |
| 2/5/2010 | 9:27 AM | Rockville | $9,610 | |
| **2/16/2010** | **1:38 PM** | **Rockville** | **$9,480** | |
| **2/16/2010** | **3:14 PM** | **Rockville** | **$9,611** | **$19,091** |
| **2/18/2010** | **10:00 AM** | **Rockville** | **$9,730** | |
| **2/18/2010** | **2:28 PM** | **Rockville** | **$9,720** | **$19,450** |
| 2/22/2010 | 9:30 AM | Rockville | $6,026 | |
| 2/23/2010 | 11:28 AM | Rockville | $8,245 | |
| 2/24/2010 | 1:05 PM | Rockville | $8,140 | |
| 2/25/2010 | 10:31 AM | Rockville | $8,730 | |
| **TOTAL** | | | **$741,268** | **$255,536** |

**DATE:**   January 3, 2011

**TO:**   Katherine Steadley  IRS

**FROM:**   Alan J. Pfeiffenberger
Data Analyst

**RE:**   U.S. v. $122,505.17 U.S. CURRENCY

<u>Civil Action No.          </u>

**CATS ID:**   10-IRS-001101
**CASE #:**   1000235326

---

The United States has filed a forfeiture action against **$122,505.17 U.S. CURRENCY** . A copy of the Complaint for Forfeiture is attached.

Notice of this seizure will be published at **www.forfeiture.gov** pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Thank you.


Attachment

# Department of Homeland Security
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>$122,505.317 U.S. Currency | TYPE OF PROCESS<br>Verified Complaint in Rem |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>10-IRS-001101 ~~~ 1000235326 |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>Alan J. Pfeiffenberger, Data Analyst<br>U.S. Attorney's Office<br>36 S. Charles Street, 4th floor<br>Baltimore, Maryland 21201 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**Arrest property. Fill in the date of arrest in this process receipt and return our copy.**

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff<br>_____Alan J. Pfeiffenberger /s/_____  [ ]Defendant | Telephone No.<br>(410) 209-4800 | Date<br>Jan 3, 2011 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service  [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency | |

**REMARKS:**

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*